**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7044**

ALONZO DENNIS COPELAND, JR.,

              Plaintiff - Appellant,

        v.

J. SHROM/RN, Registered Nurse; A. FREEMAN, Registered Nurse;
C/O CLARK, Lieutenant; ESTATE OF DOCTOR WARREN,

              Defendants - Appellees,

        and

MS. MASSENBURG, ex. Institutional Ombudsman; MS. C. BOONE,
ex. Institutional Ombudsman; MR. R. WOODSON, Regional
Ombudsman; DOCTOR WARREN, Physician/Doctor,

              Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Rebecca Beach Smith, Chief
District Judge. (2:13-cv-00584-RBS-DEM)

Submitted: November 18, 2014     Decided: December 18, 2014

Before SHEDD, AGEE, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alonzo Dennis Copeland, Jr., Appellant Pro Se.  Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Dennis Copeland, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as time-barred. The district court has granted Copeland's Fed. R. Civ. P. 59(e) motion, vacated its dismissed order, and the complaint reinstated. Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED
